

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2021

No. 04-21-00148-CV

Oscar **BENAVIDES** and Felicitas Benavides, S.W. ROE, Inc.,
Appellants

v.

**AEGIS ASSET BACKED SECURITIES LLC**, A  California Limited Liability Company,
American Savings Life Insurance Co. and Substitute Trustee, Sandra Mendoza,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVG-000092-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The appellate record was originally due on May 3, 2021.

On June 14, 2021, the trial court clerk filed a notification of late record, stating that she had not filed the clerk's record in this appeal because her other duties and activities precluded her from preparing the clerk's record and because of a "backlog due to [the] COVID pandemic." The trial court clerk's notification of late record did not indicate when she anticipated filing the clerk's record. It is therefore ORDERED that the trial court clerk file the clerk's record in this appeal on or before **July 9, 2021**.

On June 14, 2021, the court reporter filed a notification of late record stating that she has not filed the reporter's record in this appeal because appellants: (1) have failed to pay or make arrangements to pay the fee for preparing the reporter's record; and (2) have failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). It is therefore ORDERED that appellants file written proof in this court on or before **July 2, 2021**, that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.  It is FURTHER ORDERED that appellants file written proof in this court on or before **July 2, 2021**, that they have filed a designation of record with the court reporter. If appellants fail to respond within the time provided, the court will only consider those issues or points raised in the appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2021.



MICHAEL A. CRUZ, Clerk of Court